**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000078**
**08-JAN-2026**
**07:47 AM**
**Dkt. 85 ODMR**

NO. CAAP-23-0000078

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PAMELA JOYCE LOUGH, Plaintiff-Appellant, v.
HAWAII PACIFIC UNIVERSITY, Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-20-0001520)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, and Wadsworth and Guidry, JJ.)

Upon consideration of the Motion for Reconsideration of Summary Disposition Order (Motion), filed on December 29, 2025, by Defendant-Appellee Hawaii Pacific University (Appellee), and the record, it appears that:

(1) Appellee seeks reconsideration of this court's Summary Disposition Order, filed on December 19, 2025;

(2) Appellee does not present new evidence or arguments that could not have been presented in the opening brief, filed on July 2, 2025, see Citizens for Equitable & Responsible Gov't v. Cnty. of Hawaiʻi, 108 Hawaiʻi 318, 335, 120 P.3d 217, 234 (2005); and

(3) Appellee presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of

Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawai'i, January 8, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge